■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARA MITCHELL, Appellant. [682 NYS2d 905] —Appeals by the defendant from two judgments of the Supreme Court, Queens County (Griffin, J.), both rendered December 20, 1996, convicting her of attempted robbery in the first degree (one count each under Superior Court Information Nos. 4101/96 and 4102/96), upon her pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Joy, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG PARHAM, Appellant. [682 NYS2d 905] —Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered May 9, 1997, convicting him of robbery in the first degree, robbery in the second degree, and grand larceny in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in a light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we find that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., O'Brien, Sullivan and Goldstein, JJ., concur.